**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ENOCH L. BOLDEN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:05-CV-1425 CAS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2254 petition, then a certificate of appealability shall not issue.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this __27th__ day of October, 2005.